IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FERRARI FINANCIAL SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JASON YOKOYAMA; SEN MING LIN, a.k.a. SAM LIN; AUTO X-CHANGE, INC., a Hawaii corporation; DOE DEFENDANTS 1-10, )<br>)<br>Defendants. )<br>_____ ) | CV 18-00136 JAO-RLP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on September 06, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Deny Without Prejudice Plaintiff Ferrari Financial Services,

Inc.'s Motion for Default Judgment Against Defendants Sen Ming Lin a.k.a. Sam

Lin and Auto X-Change, Inc." are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:     Honolulu, Hawaii, September 25, 2018.



Jill A. Otake
United States District Judge