IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FERRARI FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JASON YOKOYAMA; SEN MING LIN aka SAM LIN; AUTO X-CHANGE, INC., a Hawaii corporation; DOE DEFENDANTS 1-10, <br><br> Defendants. | CIVIL NO. 18-00136 JAO-RLP <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 18, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff Ferrari Financial Services, Inc.'s Motion for Default Judgment Against Defendants Sen Ming Lin a.k.a. Sam Lin and Auto X-Change, Inc.," ECF No. 47, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, April 2, 2019.



Jill A. Otake
United States District Judge

CIVIL NO. 18-00136 JAO-RLP; *FERRARI FINANCIAL SERVS., INC. V. YOKOYAMA, ET AL.*; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION